AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America | )<br>) |
| v. | )   Case No.  CR-26-00424-002-PHX-DWL<br>)<br>)<br>) |
| Jennifer Christopher<br>*Defendant* | ) |

FILED ☒ RECEIVED ☐ LODGED ☐ COPY

MAY **1 2** 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Jennifer Christopher                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1956(h) - Money Laundering Conspiracy – Count 1

*Issuing officer's signature*

City and state:   Phoenix, Arizona

K. Gray, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04/29/2026 , and the person was arrested on *(date)* 05/01/2026
at *(city and state)* West Palm Beach, FL .

Date: 05/04/2026

By: _____
*Arresting officer's signature*

FBI
*Printed name and title*

cc: PTS